USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Guo Hua Wang, individually and on behalf of all others similarly situated,

         Plaintiff,

-against-

CGY & J Corp. d/b/a Kitaro et al.,

         Defendants.

1:19-cv-01772 (ER) (SDA)

ORDER SCHEDULING TELEPHONIC
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, February 2, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

  The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:  New York, New York
      January 15, 2021

                 */s/ Stewart D. Aaron*
                 STEWART D. AARON
                 United States Magistrate Judge